UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Flexport International, LLC            ,

Plaintiff,

v.

Am Trans Expedite, Inc., et al.         ,

Defendant.

Case No. 3:25-cv-04872

**MOTION TO SUBSTITUTE
LAW FIRM;** ~~**PROPOSED**~~ **ORDER**

On behalf of (party name) Flexport International, LLC , the following attorney(s)

> (1) move(s) to substitute as counsel of record,
>
> (2) certify they are members in good standing of this Court's bar,
>
> (3) attest to the consent of current counsel to be withdrawn, and
>
> (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Matthew C. Koch of Marwedel, Minichello & Reeb, P.C.

Name(s) of counsel withdrawing from representation and firm name:

Marc A. Rubin of Spector Rubin, P.A.

Date: 03/02/2026

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date:   March 3, 2026

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE