UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Flexport International, LLC          ,

Plaintiff(s),

v.

Am Trans Expedite, Inc., et al.     ,

Defendant(s).

Case No. 3:25-cv-04872

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Shari L. Friedman         , an active member in good standing of the bar of The Supreme Court of Illinois      , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Flexport International, LLC      in the above-entitled action. My local co-counsel in this case is Mark P. Estrella             , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: SBN 187091      .

303 W. Madison Street, Suite 1100
Chicago, Illinois 60606
MY ADDRESS OF RECORD

23951 Craftsman Road, Suite A
Calabasas, California 91302
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(312) 902-1600
MY TELEPHONE # OF RECORD

(310) 342-6500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sfriedman@mmr-law.com
MY EMAIL ADDRESS OF RECORD

mpestrella@cargolaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6193095      .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  04/07/2026

Shari L. Friedman
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Shari L. Friedman          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   April 8, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2